UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAGSTAR BANK, FSB,

    Plaintiff,

v.

                              Case No. 19-cv-11512
                              Hon. Matthew F. Leitman

LIVE WELL FINANCIAL, INC., *et al.*,

    Defendants.

_____/

### ORDER (1) DIRECTING DEFENDANT MICHAEL C. HILD TO PERSONALLY APPEAR FOR MOTION HEARING ON DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW (ECF No. 44) AND (2) DIRECTING DEFENDANTS' COUNSEL TO SERVE MOTION, NOTICE OF HEARING, AND THIS ORDER ON DEFENDANT

Attorney Kathleen Corpus and her former law firm, Whiteford, Taylor & Preston L.L.P. (the "Whiteford Firm"), represent Defendant Michael C. Hild in this action. On May 6, 2022, Corpus filed a second motion to withdraw as Hild's counsel. (*See* Mot., ECF No. 44.)

The Court has scheduled a video hearing on Corpus' motion for July 27, 2022 at 1:00 p.m. (*See* Notice of Hearing, ECF No. 46.) The Notice of Hearing includes instructions on how to access the video hearing. (*See id.*) The Court **ORDERS** Corpus, an attorney from the Whiteford firm, Plaintiff's counsel, *and* Hild to each personally attend the video hearing on the motion to withdraw.

1

By no later than **July 8, 2022**, Corpus shall serve (1) her motion to withdraw (ECF No. 44), (2) the Notice of Hearing on the motion to withdraw, and (3) this order on Hild by both email (if possible) and First Class Mail at Hild's last known mailing address. In addition, by no later than **July 8, 2022**, Corpus shall file a proof of service on the docket confirming that she has served Hild with the documents identified above.

    **IT IS SO ORDERED**.

Dated:  June 29, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 29, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126