UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAGSTAR BANK FSB.

    Plaintiff,

Case No. 19-cv-11512
Hon. Matthew F. Leitman

v.

MICHAEL C. HILD, *et al.*

    Defendants.
_____/

## ORDER (1) DENYING DEFENDANT'S MOTION TO STAY (ECF No. 72) AND (2) IMPOSING TEMPORAL LIMIT ON DISCOVERY

On July 28, 2023, the Court held an on-the-record status conference with counsel for all parties. During that conference, the Court heard argument on Plaintiff Michael C. Hild's motion to stay proceedings. (*See* Mot., ECF No. 72.) For the reasons explained during the status conference, the motion is **DENIED**. As further discussed on the record, during the first sixty (60) days of fact discovery, the only discovery that Plaintiff Flagstar Bank FSB may direct to Hild are requests for the production of documents. It may not seek any other discovery from Hild during that time period. At the expiration of the sixty-day time period, Flagstar may conduct full discovery from Hild.

    **IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
Dated: August 1, 2023                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2023, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126