UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAGSTAR BANK FSB.

      Plaintiff,                             Case No. 19-cv-11512
                                           Hon. Matthew F. Leitman

v.

MICHAEL C. HILD, *et al.*

      Defendants.

_____/

### ORDER (1) RESOLVING PLAINTIFF'S MOTION TO ISSUE NEW SUMMONS (ECF No. 82) AND (2) EXTENDING SUMMONS

On August 22, 2023, Plaintiff Flagstar Bank FSB filed a motion for a new summons with respect to Defendant Charles Darren Stumberger. (*See* Mot., ECF No. 82.)  Rather than issue a new summons for Stumberger, the Court concludes that it is appropriate to resolve Flagstar's motion as follows:

- The Court extends the original summons for Defendant Stumberger until **October 23, 2023**. The original summons shall now expire on that date.

- By no later than **October 23, 2023**, Flagstar shall serve Stumberger with (1) the original summons, (2) Flagstar's Amended Complaint, and (3) this order.

- By no later than **<u>October 31, 2023</u>**, Flagstar shall file a Certificate of Service on the docket in this action certifying that it has served Stumberger in compliance with this order.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 23, 2023


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 23, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
