UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAGSTAR BANK FSB,

       Plaintiff,                      Case No. 19-cv-11512

v.                                      Hon. Matthew F. Leitman

MICHAEL C. HILD, *et al.*,

       Defendants.
_____/

## ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT CHARLES DARREN STUMBERGER WITH NOTICE OF HEARING

In this action, Plaintiff Flagstar Bank FSB ("Flagstar") alleges that Defendant Charles Darren Stumberger participated in a scheme to defraud Flagstar. (*See* Amended Compl., ECF No. 15.) Stumberger was the Portfolio Manager for Live Well Financial, Inc. ("Live Well"). (*See id.*, PageID.454-455.) Flagstar alleges that Stumberger, alongside others, falsely inflated the value of bonds serving as collateral for Flagstar's loans to Live Well. (*See id.*)

Flagstar served Stumberger with a copy of the Complaint on October 6, 2023. (*See* Certificate of Service, ECF No. 84.) He was required to appear and file an answer or other responsive pleading by October 27, 2023. *See* Fed.R.Civ.Proc. 12(a)(1)(A)(i). To date, Stumberger has not appeared in this action, nor has he filed any response to the Complaint. (*See* Dkt.) The Clerk of the Court entered a default against Stumberger on November 16, 2023. (*See* Default, ECF No. 86.)

1

On December 22, 2023, Flagstar filed a motion for a default judgment against Stumberger. (*See* Mot., ECF No. 87.)  The Court has now issued a Notice of Hearing setting Flagstar's motion for a Zoom electronic hearing on **February 26, 2024, at 2:30 p.m.**

By no later than **February 19, 2024**, Flagstar shall serve Stumberger with (1) the Notice of Hearing, (2) this order, (3) the Zoom link provided by the Court so that Stumberger can access the Zoom hearing, and (4) a proposed default judgment.  In addition, by no later than **February 19, 2024**, Flagstar shall file a Certificate of Service on the docket confirming that it has served Stumberger with these documents.  Finally, by no later than **February 19, 2024**, Flagstar shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 13, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2