UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAGSTAR BANK FSB,

   Plaintiff,       Case No. 19-cv-11512

v.             Hon. Matthew F. Leitman

MICHAEL C. HILD, *et al.*,

   Defendants.

_____/

## ORDER (1) GRANTING PLAINTIFF FLAGSTAR BANK FSB'S MOTION FOR ALTERNATIVE SERVICE (ECF No. 91), (2) RESCHEDULING HEARING ON FLAGSTAR'S MOTION FOR DEFAULT JUDGMENT, AND (3) DIRECTING FLAGSTAR TO SERVE DOCUMENTS ON DEFENDANT CHARLES STUMBERGER

On December 22, 2023, Flagstar filed a motion for a default judgment against Defendant Charles Darren Stumberger. (*See* Mot., ECF No. 87.)  On February 13, 2024, the Court issued a Notice of Hearing setting Flagstar's motion for a Zoom electronic hearing on February 26, 2024. (*See* Notice of Hearing, ECF No. 89.)  That same day, the Court also ordered Flagstar to serve Stumberger with, among other things, the Notice of Hearing and a proposed default judgment. (*See* Order, ECF No. 90.)

On February 19, 2024, Flagstar filed a motion in which it seeks permission to serve Stumberger with the documents that the Court identified in its February 13 order by alternative service. (*See* Mot., ECF No. 91.)  For the reasons explained in Flagstar's motion, Flagstar's motion is **GRANTED**.

1

As a result of granting Flagstar's alternative service motion, it is necessary for the Court to adjourn the previously-scheduled hearing on Flagstar's default judgment motion so that Flagstar has sufficient time to serve Stumberger and so that Stumberger has sufficient notice of the hearing. The Zoom electronic hearing on Flagstar's default judgment motion will be rescheduled for **April 1, 2024, at 2:30 p.m.** A revised Notice of Hearing will be docketed simultaneously with the entry of this order.

By no later than **March 4, 2024**, Flagstar shall serve Stumberger with (1) the revised Notice of Hearing, (2), the Court's February 13 order, (3) this order, (4) the revised Zoom link provided by the Court so that Stumberger can access the Zoom hearing, and (5) a proposed default judgment. Flagstar may serve these documents on Stumberger by the alternative means identified in its motion for alternative service. In addition, by no later than **March 4, 2024**, Flagstar shall file a Certificate of Service on the docket confirming that it has served Stumberger with these documents. Finally, by no later than **March 4, 2024**, Flagstar shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  February 21, 2024          UNITED STATES DISTRICT JUDGE

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 21, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126