UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAGSTAR BANK FSB,

    Plaintiff,

v.

    Case No. 19-cv-11512
    Hon. Matthew F. Leitman

MICHAEL C. HILD, *et al.*,

    Defendants.
_____/

# ORDER TERMINATING WITHOUT PREJUDICE PLAINTIFF'S MOTION AND AMENDED MOTION FOR DEFAULT JUDGMENT (ECF Nos. 87, 94)

On April 1, 2024, the Court held a hearing on Plaintiff Flagstar Bank, FSB's Amended Motion for a Default Judgment against Defendant Charles Stumberger. (*See* Mot., ECF No. 94.) For the reasons explained on the record, Flagstar's Amended Motion is **TERMINATED WITHOUT PREJUDICE**.[1]

    **IT IS SO ORDERED.**

                               s/Matthew F. Leitman
                               MATTHEW F. LEITMAN
                               UNITED STATES DISTRICT JUDGE

Dated: April 1, 2024

---

[1] The Court further **TERMINATES WITHOUT PREJUDICE AS MOOT** Flagstar's initially-filed Motion for Default Judgment against Stumberger (ECF No. 87).

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126