UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAGSTAR BANK FSB,

      Plaintiff,

v.

MICHAEL C. HILD, *et al.*,

      Defendants.

Case No. 19-cv-11512
Hon. Matthew F. Leitman

_____/

### ORDER (1) GRANTING DEFENDANT CHARLES DARREN STUMBERGER'S MOTION TO SET ASIDE DEFAULT (ECF No. 127) AND (2) SETTING ASIDE DEFAULT (ECF No. 86)

On March 5, 2025, the Court held a hearing on Defendant Charles Darren Stumberger's motion to aside the default that the Court has entered against him. (*See* Mot., ECF No. 127.) For the reasons explained on the record during the hearing, the motion is **GRANTED** and the default that the Court previously entered against Stumberger (*see* Default, ECF No. 86) is hereby **SET ASIDE**. During the next 30 days, Plaintiff Flagstar Bank FSB and Stumberger shall meet and confer to discuss whether it is possible to reach a resolution to the claims against Stumberger. The Court will hold a status conference in approximately 30 days to discuss next steps with respect to the claims against Stumberger.

      **IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: March 5, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 5, 2025, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126