UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLAGSTAR BANK FSB,

       Plaintiff,

v.

MICHAEL C. HILD, *et al.*,

       Defendants.

Case No. 19-cv-11512
Hon. Matthew F. Leitman

_____/

**<u>ORDER (1) DENYING DEFENDANT'S MOTION TO HAVE CASE
VACATED (ECF No. 153); (2) GRANTING IN PART AND DENYING
WITHOUT PREJUDICE IN PART PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT (ECF No. 145); AND (3) DENYING WITHOUT
PREJUDICE DEFENDANT'S MOTION FOR LEAVE TO CONDUCT
ADDITIONAL DISCOVERY (ECF No. 149)</u>**

On April 27, 2026, the Court held a hearing on several pending motions in this case. For the reasons explained on the record during the motion hearing, **IT IS HEREBY ORDERED** as follows:

- Defendant Charles Darren Stumberger's motion to have this case vacated (ECF No. 153) is **DENIED**;

- Plaintiff Flagstar Bank FSB's motion for summary judgment on its claims against Stumberger (ECF No. 145) is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**. The motion is **GRANTED** on liability only with respect to Flagstar's common-law

1

conspiracy claim against Stumberger.    The motion is **DENIED WITHOUT PREJUDICE** in all other respects.

- Defendant Michael C. Hild's motion for leave to conduct additional discovery (ECF No. 149) is **DENIED WITHOUT PREJUDICE**.  Hild may file a renewed motion for leave to conduct additional discovery as discussed on the record by no later than **June 15, 2026**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 27, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 27, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2