UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Flagstar Bank FSB,

Plaintiff(s),

v.                                                    Case No. 2:19−cv−11512−MFL−EAS
                                                      Hon. Matthew F. Leitman

Michael C. Hild, et al.,

Defendant(s),

_____

### ORDER VACATING ORDER TO SHOW CAUSE

The Court having issued an Order to Show Cause on 4/15/2026, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

s/Matthew F. Leitman
Matthew F. Leitman
U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Holly A Ryan
Case Manager

Dated:  April 27, 2026