# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

FLAGSTAR BANK, FSB,
 Plaintiff,

v.

MICHAEL C. HILD, et al.,
 Defendants.

Case No. 2:19-cv-11512
 Hon. Matthew F. Leitman

## DEFENDANT DARREN STUMBERGER'S NOTICE OF INTENT TO SEEK APPELLATE REVIEW UPON ENTRY OF FINAL JUDGMENT

**Defendant Darren Stumberger, proceeding pro se, respectfully submits this Notice for the limited purpose of clarifying his position with respect to appellate review.**

### I. PURPOSE OF THIS NOTICE

This Notice is submitted to place on the record that Defendant intends to seek appellate review of the Court's order granting summary judgment issued by Flagstar on liability upon entry of a final judgment in this action.

Defendant files this Notice to ensure clarity as to his appellate position and to avoid any ambiguity regarding his intent to pursue review of the Court's liability determination once the case reaches a posture that permits appeal as of right.

### II. CURRENT PROCEDURAL POSTURE

The Court has entered an order granting summary judgment issued by Flagstar on a claim of liability. At the same time, issues relating to damages, causation, and the scope of any potential recovery remain unresolved.

Defendant recognizes that the Court's order does not constitute a final judgment within the meaning of 28 U.S.C. § 1291 and therefore is not presently subject to appeal as of right.

This Notice is not intended to suggest otherwise.

### III. INTENT TO SEEK APPELLATE REVIEW

Upon entry of a final judgment resolving all remaining issues in this matter, Defendant intends to seek appellate review of the Court's summary judgment ruling, including but not limited to:

- the legal standards applied in granting summary judgment on liability;
- the procedural posture under which summary judgment was considered;
- the extent to which Defendant had a meaningful opportunity to develop the factual record prior to dispositive rulings; and
- any other issues that may be appropriate for appellate review based on the complete record at that time.

Defendant provides this notice in order to make clear that the liability ruling is not accepted as final and will be subject to appellate scrutiny once jurisdiction is proper.

## IV. PRESERVATION OF RIGHTS

Defendant expressly reserves all rights with respect to:

- the timing of any appeal;
- the issues to be raised on appeal; and
- any additional arguments that may arise based on subsequent proceedings or further development of the record.

Nothing in this Notice should be construed as a waiver, concession, or limitation of any argument that may be asserted in future proceedings, whether in this Court or on appeal.

## V. CLARIFICATION REGARDING SCOPE OF THIS FILING

This Notice is not a Notice of Appeal and is not intended to invoke the jurisdiction of the Court of Appeals at this time.

It is submitted solely for the purpose of clarifying Defendant's intent to pursue appellate review at the appropriate procedural juncture.

## VI. CONCLUSION

Defendant respectfully submits this Notice to ensure that the record reflects his intent to seek appellate review of the Court's summary judgment ruling on liability upon entry of a final judgment.

**Respectfully submitted,**
Darren Stumberger
Pro Se Defendant

**cdjs2013@gmail.com**

**118 Chestnut Street Red Bank, NJ 07701 #407**