UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FLAGSTAR BANK, FSB, a Federally
Chartered Savings Bank,

      Plaintiff,

v.

LIVE WELL FINANCIAL, INC., a
Delaware corporation, MICHAEL C.
HILD, an individual, ERIC ROHR, an
individual, and CHARLES DARREN
STUMBERGER, an individual,

      Defendants,

And

THE UNITED STATES OF AMERICA,

      Intervenor.

Case No. 2:19-cv-11512

Hon. Matthew F. Leitman

## INDEX OF EXHIBITS

| Exhibit A | September 23, 2024 Opinion and Order (*United States of America v Michael Hild*, S.D.N.Y. Case No. 1:19-cr-00602-RA) |
|-----------|---------------------------------------------------------------------------------------------------------------------|
| Exhibit B | October 30, 2023 Affidavit of Robert Marsh |
| Exhibit C | December 29, 2023 Affidavit of Robert Marsh |
| Exhibit D | Michigan Statutory Prejudgment Interest Calculation |
| Exhibit E | [Proposed] Order of Judgment Against Defendant Charles Darren Stumberger |

4928-1774-1743_1