# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FLAGSTAR BANK, FSB, a Federally
Chartered Savings Bank,

       Plaintiff,

v.

LIVE WELL FINANCIAL, INC., a
Delaware corporation, MICHAEL C.
HILD, an individual, ERIC ROHR, an
individual, and CHARLES DARREN
STUMBERGER, an individual,

       Defendants,

And

THE UNITED STATES OF AMERICA,

       Intervenor.

Case No. 2:19-cv-11512
Hon. Matthew F. Leitman

---

**[PROPOSED] ORDER OF JUDGMENT AGAINST
DEFENDANT CHARLES DARREN STUMBERGER**

On April 27, 2026, the Court entered an order granting in part and denying in part Plaintiff Flagstar Bank, FSB ("Flagstar")'s Motion for Summary Judgment Against Defendant Charles Darren Stumberger ("Stumberger"). ECF No. 159. Upon Flagstar's Motion for Entry of Judgment Against Defendant Charles Darren Stumberger, and the Court being otherwise fully advised on the premises, it is hereby ORDERED AND ADJUDGED that:

1

1. Flagstar's Motion for Entry of Judgment Against Defendant Charles Darren Stumberger is GRANTED;

2. Flagstar's claims against Stumberger for Fraud (Count III), Negligent Misrepresentation (Count IV), and Silent Fraud (Count VI) are DISMISSED WITH PREJUDICE;

3. Judgment is entered in favor of Flagstar and against Stumberger in the amount of $13,364,357.00, plus pre-judgment interest under MCL 600.6013(1) and (8) in the amount of $3,430,003.86 (and continuing until the date of judgment),[1] plus post-judgment interest under 28 U.S.C. § 1961 until the judgment is satisfied.

IT IS SO ORDERED.

_____

Dated: _____

Hon. Matthew F. Leitman
United States District Court Judge

---

[1] See **Exhibit A**, Michigan Statutory Prejudgment Interest Calculation.

2