**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

FLAGSTAR BANK, FSB,

Plaintiff,

v.

MICHAEL C. HILD, et al.,

Defendants.

Case No. 19-cv-11512
Hon. Matthew F. Leitman

**NOTICE REGARDING PENDING MOTION TO VACATE GUILTY PLEA**

PLEASE TAKE NOTICE that I, appearing pro se in this action, respectfully notify the Court and all parties of the following:

On September 10, 2026, I, through counsel, filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, together with a supporting Memorandum of Law and a sworn Declaration made under penalty of perjury, in the United States District Court for the Southern District of New York, in United States v. Stumberger, No. 19-cr-608 (RA) (S.D.N.Y.), and the related civil docket, Stumberger v. United States, No. 1:26-cv-7976 (RA) (S.D.N.Y.) (collectively, the "§2255 Motion").

In the §2255 Motion, I state, under penalty of perjury, that my August 27, 2019 guilty plea in the underlying criminal proceeding was not knowing, voluntary, or the product of constitutionally effective assistance of counsel, and that I would not have pleaded guilty but for ineffective assistance of counsel and coercive conduct I experienced in connection with my plea, as more fully set forth in the §2255 Motion.

My guilty plea in the underlying criminal proceeding is presently being contested in a pending federal proceeding. I respectfully submit this Notice so that the Court and all parties are

aware of this development, which I believe may bear on issues in this action, including that my prior guilty plea has been the sole argument relied on by Flagstar in this case.

I reserve all rights to supplement this Notice as the §2255 proceeding develops, including upon the filing of the upcoming memorandum, additional declarations, or exhibits referenced therein, or upon any ruling by the Southern District of New York.

Dated: 9/14/2026

Respectfully submitted,

Darren Stumberger
Defendant, Pro Se
118 Chestnut Street #407
Red Bank, NJ 07701
Cdjs2013@gmail.com